Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 102 (AKH)

ALONSO MUNOZ,                                                    Index No.: 08-CV-01655

                            Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER**
                                                                       **TO MASTER COMPLAINT**
    -against-

BROOKFIELD FINANCIAL PROPORTIES,                                 **ELECTRONICALLY FILED**
LP, *et al.*

                            Defendant(s).
------------------------------------------------------------X

       PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-

captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 12, 2008

                           Yours etc.,

                           McGIVNEY & KLUGER, P.C.
                           Attorneys for Defendant
                           RY MANAGEMENT CO., INC., i/s/h/a RY
                           MANAGEMENT (hereinafter referred to as "RY"),

                           By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          Attn: David L. Kremen
          42 Broadway, 10th Floor
          New York, New York 10004
          (212) 233-2100

          All Defense Counsel