***** **AFFIDAVIT OF SERVICE** *****　　06/13/2008

SHERIFFS NUMBER: S08003860　　DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...　　Summons and Complaint ✓

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 1905<br>CONTROL # 21709 | 28.00 |

**COURT DATA**　　ASOHNEN

COURT OF ISSUANCE: US District Court

WRIT EXPIRATION:　　STATE: NY　　COUNTY OF VENUE: Southern District

COURT DOCKET #:　08CV01655　　**CAPTION OF CASE**

NAME:　　ALONSO MUNOZ
　　VS　HILLMAN ENVIORMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**

NAME:　HILLMAN ENVIORMENTAL GROUP, LLC,
ADDRESS:　1600 ROUTE 22 EAST
　　UNION, NJ 07083

**PAPERS SERVED**

SUMMONS, VERIFIED COMPLAINT, ~~CUT OR STATE REQUIRED DESCRIPTION~~

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY　　☐ UNABLE TO SERVE　　NUMBER OF ATTEMPTS ____

DATE: 6/17/08　TIME: 1136

REMARKS: _____

☐ PERSONALLY DELIVERED　☐ OFFICER　☐ MANAGING AGENT　☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER　☒ AGENT AUTHORIZED TO ACCEPT
　　　　☐ IS IN THE MILITARY　☐ NOT IN THE MILITARY

PERSON SERVED: TAMMY L. LOMAX - ADMINISTRATIVE ASST.
(TITLE/RELATIONSHIP)

SEX:　☐ MALE　☒ FEMALE
SKIN:　☐ WHITE　☐ BLACK　☐ YELLOW　☒ BROWN　☐ RED
HEIGHT:　☐ UNDER 5 FT.　☐ 5.0 - 5.6 FT.　☒ 5.7 - 6.0 FT.　☐ OVER 6 FT.
WEIGHT:　☐ UNDER 100 LBS.　☒ 100 - 150 LBS.　☐ 151 - 200 LBS.　☐ OVER 200 LBS.
HAIR:　☐ BLACK　☒ BROWN　☐ BLOND　☐ GRAY　☐ RED　☐ WHITE　☐ BALDING
AGE:　☐ 14 - 20　☒ 21 - 35　☐ 36 - 50　☐ 51 - 65　☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON　FRANCES DIDONATO
　　NOTARY PUBLIC OF NEW JERSEY
　　My Commission Expires Dec 3, 2009

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY