UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

ALONSO MUNOZ,

                  Plaintiffs,

- against –

BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC, and HILLMAN ENVIRONMENTAL GROUP, LLC,

                  Defendants.

21 MC 102 (AKH)

DOCKET NO.
08-CV-01655

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

      I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

      On June 2, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Blackmon- Mooring-Steamatic Catastrophe, INC., d/b/a BMS CAT, by its designated agent, CT Corporation System, more specifically, Elena Bou, at:

                CT Corporation System
                111 Eighth Avenue, 13th Floor
                New York, New York 10011

                                      Anna Tse

Sworn to before me on this
2nd day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__