UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

ALONSO MUNOZ,

      Plaintiffs,

DOCKET NO.
<u>08-CV-01655</u>

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

&ndash; against &ndash;

BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC, and HILLMAN ENVIRONMENTAL GROUP, LLC,

      Defendants.

  I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

  That on the 10th day of June, 2008 at approximately 10:45AM at 50 Battery Place, New York, New York 10280, deponent served the within copy of the Summons and Complaint upon RY Management Co., Inc. by delivering thereat a true copy of the same to Sheila Redula, an employee of RY Management Co., Inc., an individual of suitable age and discretion.

               _____
               Anna Tse

Sworn to before me on this
10th day of June, 2008

_____
BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__